| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Carnes, Edward E. | 2. Court or Organization 11th Circuit Court of Appeals | 3. Date of Report 10/17/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

U.S. Courthouse
One Church Street, Room 403
Montgomery, AL 36104

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-executor of estate | Estate 1 |
| 2. Co-trustee of trust | Trust 1 |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | State of Alabama - Retirement Income | $29,899.00 |
| 2. | 2015 | Duke Law School - Teaching | $5,208.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Center for Judicial Studies at Duke Law School | 06/07/2015 | Durham, North Carolina | Judicial educational activities | Travel expenses |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Checking account - Regions Bank, Montgomery, AL | A | Interest | M | T | | | | | |
| 2. Savings account - Sterling Bank, Montgomery, AL | A | Interest | M | T | | | | | |
| 3. RSA-1 Deferred Compensation Account (State of Alabama) | C | Interest | L | T | | | | | |
| 4. PEIRAF Deductible Emp. Contributions (State of Alabama) | C | Interest | L | T | | | | | |
| 5. IRA Account - Vanguard Health Care Mutual Fund | A | Dividend | L | T | | | | | |
| 6. Vanguard Health Care Mutual Fund | D | Dividend | L | T | | | | | |
| 7. Vanguard Prime Money Market Fund | A | Dividend | L | T | | | | | |
| 8. Vanguard Star Fund | B | Dividend | | | Buy | 04/28/15 | K | | |
| 9. Vanguard Star Fund | | None | | | Sold | 12/31/15 | K | | |
| 10. Vanguard S&P 500 Index ETF | A | Dividend | K | T | | | | | |
| 11. Office Building, Albertville, AL $86,500 (X) | | None | L | S | | | | | |
| 12. Car Wash, Highway 431, Albertville, AL $282,600 (X) | C | Rent | N | S | | | | | |
| 13. Office Building, Guntersville, AL $98,900 (X) | C | Rent | L | S | | | | | |
| 14. Timber land, Bledsoe County, TN $66,375 (X) | | None | L | S | | | | | |
| 15. Estate 1 - Checking Account - Vantage Bank, Albertville, AL (X) | | None | L | T | | | | | |
| 16. Trust 1 - Vanguard - Abbott Laboratories (X) | A | Dividend | | | Sold (part) | 11/16/15 | K | B | |
| 17. Trust 1 - Vanguard - Abbott Laboratories (X) | | None | | | Sold | 11/24/15 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Estate 1 - Wells Fargo - Alcoa Inc (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 19. Estate 1 - Wells Fargo - American Capital Agency Corp (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 20. Trust 1 - Vanguard - Amgen Inc (X) | A | Dividend | | | Sold | 11/16/15 | K | B | |
| 21. Trust 1 - Vanguard - Analog Devices Inc (X) | A | Dividend | | | Sold | 11/16/15 | K | C | |
| 22. Estate 1 - Wells Fargo - Apache Corp Common (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 23. Estate 1 - Wells Fargo - Applied Materials Inc (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 24. Estate 1 - Wells Fargo - AT&T Inc (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 25. Trust 1 - Vanguard - Bank New York Mellon Corp (X) | A | Dividend | | | Sold | 11/16/15 | K | B | |
| 26. Trust 1 - Vanguard - BB&T Corp (X) | A | Dividend | | | Sold | 11/16/15 | K | A | |
| 27. Trust 1 - Vanguard - Berkshire Hathaway Inc Series B (X) | | None | | | Sold | 11/16/15 | J | A | |
| 28. Estate 1 - Wells Fargo - BP Plc Spons ADR (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 29. Trust 1 - Vanguard - California Res Corp (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 30. Trust 1 - Vanguard - Chubb Corp (X) | A | Dividend | | | Sold | 11/16/15 | K | D | |
| 31. Trust 1 - Vanguard - Comcast Corp Cl A Spl (X) | A | Dividend | | | Sold | 11/16/15 | K | C | |
| 32. Estate 1 - Wells Fargo - Covidien Plc Cov (X) | A | Dividend | | | Sold | 01/27/15 | J | B | |
| 33. Trust 1 - Vanugard - CVS Health Corporation (X) | A | Dividend | | | Sold | 11/16/15 | K | C | |
| 34. Estate 1 - Wells Fargo - Devon Energy Corp (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Trust 1 - Vanguard - Dow Chemical Company (X) | A | Dividend | | | Sold | 11/16/15 | K | A | |
| 36. Trust 1 - Vanguard - Du Pont E.I. DE Nemours and Company (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 37. Trust 1 - Vanugard - Duke Energy Corp Com New (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 38. Trust 1 - Vanguard - Eaton Corp Plc (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 39. Trust 1 - Vanguard - Endurance Specialty Hldg (X) | A | Dividend | | | Sold | 11/16/15 | K | B | |
| 40. Estate 1 - Wells Fargo - Entergy Corp New (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 41. Trust 1 - Vanguard - Ford Motor Company (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 42. Trust 1 - Vanguard - General Electric Company (X) | A | Dividend | | | Sold | 11/16/15 | K | C | |
| 43. Estate 1 - Wells Fargo - Glaxosmithkline PLC-ADR (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 44. Estate 1 - Wells Fargo - HCP Inc (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 45. Trust 1 - Wells Fargo - Health Care Reit/ Welltower Inc (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 46. Estate 1 - Wells Fargo - Hewlett-Packard Company (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 47. Estate 1 - Wells Fargo - iShares iBoxx & ET Investment Grade Corp (X) | A | Dividend | | | Sold | 06/09/15 | K | A | |
| 48. Estate 1 - Wells Fargo - Johnson & Johnson (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 49. Trust 1 - Vanguard - Medtronic Plc (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 50. Trust 1 - Vanguard - New York Community Bancorp Inc (X) | A | Dividend | | | Sold | 11/16/15 | K | A | |
| 51. Trust 1 - Vanguard - Occidental Pete Corp (X) | A | Dividend | | | Sold | 11/16/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Trust 1 - Vanugard - Old Republic Intl Corp (X) | A | Dividend | | | Sold | 11/16/15 | K | C | |
| 53. Trust 1 - Vanguard - Oracle Corporation (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 54. Trust 1 - Vanguard - Pepsico Incorporated (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 55. Estate 1 - Wells Fargo - Procter & Gamble Co (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 56. Trust 1 - Vanguard - Quest Diagnostics Inc (X) | A | Dividend | | | Sold | 11/16/15 | K | B | |
| 57. Trust 1 - Vanguard - Sempra Energy (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 58. Trust 1 - Vanguard - St Jude Medical Inc (X) | A | Dividend | | | Sold | 11/16/15 | K | A | |
| 59. Trust 1 - Vanguard - Staples Inc (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 60. Trust 1 - Vanguard - Sysco Corporation (X) | A | Dividend | | | Sold | 11/16/15 | K | B | |
| 61. Trust 1 - Vanguard - Time Warner Inc New (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 62. Trust 1 - Vanguard - Unilever (X) | A | Dividend | | | Sold | 11/16/15 | K | B | |
| 63. Estate 1 - Wells Fargo - Vanguard Intermediateet Term Corp Bond (X) | A | Dividend | | | Redeemed | 06/09/15 | K | A | |
| 64. Estate 1 - Wells Fargo - Vanguard Long Term ET Corp Bond (X) | A | Dividend | | | Redeemed | 06/09/15 | K | A | |
| 65. Trust 1 - Vanguard - Vanguard Short Term ET Corp Bond (X) | A | Dividend | | | Redeemed | 11/16/15 | M | A | |
| 66. Estate 1 - Wells Fargo - Verizon Communications Com (X) | A | Dividend | | | Sold | 06/09/15 | J | A | |
| 67. Trust 1 - Vanguard - Vodafone Group Plc New Sponsored ADR (X) | A | Dividend | | | Sold | 11/16/15 | J | A | |
| 68. Trust 1 - Vanguard - Yahoo Inc (X) | | None | | | Sold | 11/16/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Trust 1 - Vanguard - Zimmer Holdings Inc (X) | A | Dividend | | | Sold | 11/16/15 | K | A | |
| 70. Trust 1 - Vanguard - 3M Co (X) | A | Dividend | | | Sold | 11/16/15 | J | B | |
| 71. Trust 1 - Vanguard - Vanguard Healthcare Investor (X) | A | Dividend | K | T | Buy | 12/02/15 | K | | |
| 72. Trust 1 - Vanguard - Vanguard Growth & Income Admiral (X) | A | Dividend | L | T | Buy | 12/02/15 | L | | |
| 73. Trust 1 - Vanguard - Vanguard Limited Term Tax Exempt Investor (X) | A | Dividend | K | T | Buy | 12/02/15 | K | | |
| 74. Trust 1 - Vanguard - Vanguard Global Minimum Volatility Admiral (X) | B | Dividend | L | T | Buy | 12/02/15 | L | | |
| 75. Trust 1 - Vanguard - Vanguard Morgan Growth Admiral (X) | A | Dividend | L | T | Buy | 12/18/15 | L | | |
| 76. Trust 1 - Vanguard - Vanguard Short Term Corp Bond Index (X) | B | Dividend | K | T | Buy | 12/02/15 | K | | |
| 77. Trust 1 - Vanguard - US Growth Admiral (X) | A | Dividend | L | T | Buy | 12/02/15 | L | | |
| 78. Trust 1 - Vanguard - Chemours Company (X) | A | Dividend | | | Buy | 07/01/15 | J | | |
| 79. Trust 1 - Vanguard - Chemours Company (X) | | None | | | Sold (part) | 07/01/15 | J | A | |
| 80. Trust 1 - Vanguard - Chemours Company (X) | | None | | | Sold | 11/16/15 | J | A | |
| 81. Estate 1 - Wells Fargo - Hoover AL Brd Ed Cap Outlay WTS G/L Ltd (X) | A | Interest | | | Redeemed | 02/17/15 | K | A | |
| 82. Estate 1 - Wells Fargo - Mobile AL W&S Commrs Wtr & Swr Rev B/E (X) | A | Interest | | | Redeemed | 06/09/15 | K | A | |
| 83. Estate 1 - Wells Fargo - Mobile AL Pub Edl Bldg Auth Ref Ltg Oblig (X) | A | Interest | | | Redeemed | 06/09/15 | K | A | |
| 84. Estate 1 - Wells Fargo - Huntsville AL Nat Gas Rev Wts B/E OID (X) | A | Interest | | | Redeemed | 06/09/15 | J | A | |
| 85. Estate 1 - Wells Fargo - Alabama Wtr Pollution Ctl Auth Ref Revlvn (X) | A | Interest | | | Redeemed | 06/09/15 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Estate 1 - Wells Fargo - Alabama St Port Auth Docks Facs Rev Rfdg (X) | A | Interest | | | Redeemed | 06/09/15 | K | A | |
| 87. Estate 1 - Wells Fargo - Alabama St Port Auth Docks Ser (X) | A | Interest | | | Redeemed | 06/09/15 | J | A | |
| 88. Estate 1 - Wells Fargo - Invesco High Yield Muni FD Cl A Acthx (X) | A | Dividend | | | Sold | 06/09/15 | K | A | |
| 89. Estate 1 - Wells Fargo - Franklin Tax Free TR Ala Tax Free Income (X) | A | Dividend | | | Sold | 06/09/15 | K | A | |
| 90. Estate 1 - Wells Fargo - Altria Group Inc (X) | A | Dividend | J | T | | | | | |
| 91. Estate 1 - Wells Fargo - American Electric Power Inc (X) | A | Dividend | J | T | | | | | |
| 92. Estate 1 - Wells Fargo - AT&T Inc (X) | A | Dividend | J | T | | | | | |
| 93. Estate 1 - Wells Fargo - BCE Inc (X) | A | Dividend | J | T | | | | | |
| 94. Estate 1 - Wells Fargo - BP Plc Spons ADR (X) | A | Dividend | J | T | | | | | |
| 95. Estate 1 - Wells Fargo - Bristol Myers Squibb Co (X) | A | Dividend | J | T | | | | | |
| 96. Estate 1 - Wells Fargo - Care Cap PPTYS Inc (X) | A | Dividend | J | T | | | | | |
| 97. Estate 1 - Wells Fargo - Chevron Corporation (X) | A | Dividend | J | T | | | | | |
| 98. Estate 1 - Wells Fargo - Coca-Cola Company (X) | A | Dividend | J | T | | | | | |
| 99. Estate 1 - Wells Fargo - ConocoPhillips (X) | A | Dividend | J | T | | | | | |
| 100. Estate 1 - Wells Fargo - Dominion Res Inc Va New (X) | A | Dividend | J | T | | | | | |
| 101. Estate 1 - Wells Fargo - Duke Energy Corp Com New (X) | A | Dividend | J | T | | | | | |
| 102. Estate 1 - Wells Fargo - Eli Lilly & Co (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Estate 1 - Wells Fargo - Glaxosmithkline PLC-ADR (X) | A | Dividend | J | T | | | | | |
| 104. Estate 1 - Wells Fargo - Halyard Health Inc (X) | | None | J | T | | | | | |
| 105. Estate 1 - Wells Fargo - HCP Inc (X) | A | Dividend | J | T | | | | | |
| 106. Estate 1 - Wells Fargo - Health Care Reit/ Welltower Inc (X) | A | Dividend | J | T | | | | | |
| 107. Estate 1 - Wells Fargo - Johnson & Johnson (X) | A | Dividend | J | T | | | | | |
| 108. Estate 1 - Wells Fargo - Kimberly-Clark Corp (X) | A | Dividend | J | T | | | | | |
| 109. Estate 1 - Wells Fargo - Kinder Morgan Inc (X) | A | Dividend | J | T | | | | | |
| 110. Estate 1 - Wells Fargo - Kraft Foods Group (X) | A | Dividend | J | T | | | | | |
| 111. Estate 1 - Wells Fargo - McDonalds Corp (X) | A | Dividend | J | T | | | | | |
| 112. Estate 1 - Wells Fargo - Merck & Co Inc New (X) | A | Dividend | J | T | | | | | |
| 113. Estate 1 - Wells Fargo - National Grid Plc Spon ADR New (X) | A | Dividend | J | T | | | | | |
| 114. Estate 1 - Wells Fargo - Pepsico Incorporated (X) | A | Dividend | J | T | | | | | |
| 115. Estate 1 - Wells Fargo - Philip Morris International Inc (X) | A | Dividend | J | T | | | | | |
| 116. Estate 1 - Wells Fargo - PPL Corporation (X) | A | Dividend | J | T | | | | | |
| 117. Estate 1 - Wells Fargo - Procter & Gamble Co (X) | A | Dividend | J | T | | | | | |
| 118. Estate 1 - Wells Fargo - Realty Income Corp Reit (X) | A | Dividend | J | T | | | | | |
| 119. Estate 1 - Wells Fargo - Reynolds American Inc (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Estate 1 - Wells Fargo - RMR Grp Inc (X) | A | Distribution | J | T | | | | | |
| 121. Estate 1 - Wells Fargo - Royal Dutch Shell PLC (X) | A | Dividend | J | T | | | | | |
| 122. Estate 1 - Wells Fargo - Senior Housing Prop TR Reit (X) | A | Dividend | J | T | | | | | |
| 123. Estate 1 - Wells Fargo - Talen Energy Corp (X) | A | Distribution | J | T | | | | | |
| 124. Estate 1 - Wells Fargo - The Southern Company (X) | A | Dividend | J | T | | | | | |
| 125. Estate 1 - Wells Fargo - Total S.A. Spons ADR (X) | A | Dividend | J | T | | | | | |
| 126. Estate 1 - Wells Fargo - Unilever Plc Spons ADR (X) | A | Dividend | J | T | | | | | |
| 127. Estate 1 - Wells Fargo - Ventas Inc (X) | A | Dividend | J | T | | | | | |
| 128. Estate 1 - Wells Fargo - Verizon Communications Com (X) | A | Dividend | J | T | | | | | |
| 129. Estate 1 - Wells Fargo - Vodafone Group Plc New (X) | A | Dividend | J | T | | | | | |
| 130. Estate 1 - Wells Fargo - Williams Companies (X) | A | Dividend | J | T | | | | | |
| 131. Estate 1 - Wells Fargo - US Treasury Notes (X) | B | Interest | L | T | | | | | |
| 132. Estate 1 - Wells Fargo - FNMA Pass Thru Pool (X) | B | Interest | K | T | | | | | |
| 133. Estate 1 - Wells Fargo - FHLMC Gold Pass Thru Pool (X) | A | Interest | J | T | | | | | |
| 134. Estate 1 - Wells Fargo - Money Market (X) | A | Interest | M | T | | | | | |
| 135. Trust 1 - Checking Account - Vantage Bank, Albertville, AL (X) | | None | J | T | | | | | |
| 136. Trust 1 - Vanguard - Vanguard Prime Money Market Fund (X) | A | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Estate 1-Wells Fargo -California Res (X) - Transferred 2015 to Line 29 | | None | | | Closed | 05/22/15 | J | | |
| 138. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carnes, Edward E. | 10/17/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Became co-executor in Estate 1 on October 18, 2014. All assets in that estate are identified by '(X).'

Became co-trustee in Trust 1 on May 12, 2015. All assets in that trust are identified by '(X).'

The checking account asset of the estate listed as item #15 was opened on October 22, 2014 with a balance of $5,000. I did not list it on my 2014 Financial Disclosure Report because of reliance on the Committee's prior interpretation that checking accounts that pay no interest and therefore provide no income need not be listed. This year I discovered that sometime in the past the Committee had changed that interpretation so that checking accounts should now be listed even if they pay no interest. This note should be treated as an amendment to my 2014 Financial Disclosure Report.

This report was amended to add Line 137 due to Inquiry in August 2015. Line 137 is shown on the report as an addition to the trust on Line 29 and then tied to the estate by adding Line 137.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward E. Carnes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544